# IN THE SUPREME COURT OF THE STATE OF NEVADA

BANK OF AMERICA, N.A.,

                Appellant,

vs.

DESERT CANYON HOMEOWNERS'
ASSOCIATION,

                Respondent.

No. 77108

**FILED**

APR 09 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Nancy L. Allf, District Judge
       Akerman LLP/Las Vegas
       Leach Kern Gruchow Anderson Song/Las Vegas
       Eighth District Court Clerk